CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

DAN M. KARMEL (NYBN 5151485)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7007
    FAX: (415) 436-7234
    dan.karmel@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 15-00166 CRB (SK) |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| ANTONIO MEDINA, | |
| Defendant. | |

    On August 15, 2025, the U.S. Probation Office filed a Petition for Warrant for Person Under Supervision alleging that defendant Antonio Medina committed the following violations of the terms of his supervised release: (1) Commission of another federal, state, or local crime; (2) Unlawful possession of a controlled substance; and (3) Possession of Ammunition.

    This matter came before the Court on August 19, 2025, for a detention hearing. The defendant was present and represented by Assistant Federal Public Defender Ana Botello. Assistant United States Attorney Dan Karmel appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

    Upon consideration of the facts, proffers, and arguments presented, and for the reasons stated on the record, including the short period of time that the defendant was on supervised release before

allegedly committing another drug trafficking offense, the Court finds that the defendant has failed to establish by clear and convincing evidence that he will not pose a danger to any other person or to the community as required by Federal Rule of Criminal Procedure 32.1(a)(6). Accordingly, the defendant must be detained pending resolution of this matter. This finding is made without prejudice to the defendant's right to seek review of detention or file a motion for reconsideration if circumstances warrant it.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED:    August 29, 2025

HON. SALLIE KIM
United States Magistrate Judge